**SHA-1 Hash:** D0DE9062102977D136A7D055953D5D57A088C1E4    **Title**   Bareback Street Gang
**Rights Owner:** Raw Films Ltd.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 174.66.185.180 | 1/3/2012 18:00 | San Diego | CA | Cox Communications | BitTorrent |
| 2 | 68.107.115.23 | 12/20/2011 19:02 | San Diego | CA | Cox Communications | BitTorrent |
| 3 | 68.107.119.254 | 1/8/2012 5:03 | San Diego | CA | Cox Communications | BitTorrent |
| 4 | 68.107.55.2 | 12/5/2011 12:58 | San Diego | CA | Cox Communications | BitTorrent |
| 5 | 68.107.75.148 | 11/2/2011 3:01 | San Diego | CA | Cox Communications | BitTorrent |
| 6 | 68.107.77.239 | 11/25/2011 4:11 | San Diego | CA | Cox Communications | BitTorrent |
| 7 | 68.111.128.206 | 12/29/2011 11:12 | Oceanside | CA | Cox Communications | BitTorrent |
| 8 | 68.6.156.211 | 1/4/2012 7:14 | San Diego | CA | Cox Communications | BitTorrent |
| 9 | 72.197.76.45 | 11/12/2011 13:45 | Oceanside | CA | Cox Communications | BitTorrent |
| 10 | 72.197.88.61 | 1/6/2012 17:18 | San Diego | CA | Cox Communications | BitTorrent |
| 11 | 98.176.233.6 | 10/17/2011 2:47 | Chula Vista | CA | Cox Communications | BitTorrent |

EXHIBIT A

SCA7